UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-21047-Civ–COOKE/TURNOFF

U.S. COMMODITY FUTURES
TRADING COMMISSION,

      Plaintiff,

      v.

ABRAHAM GUTTERMAN,
ALLIANCE CAPITAL METALS LLC,
and AR GOLDMAN WEALTH
MANAGEMENT, LLC d/b/a
U.S. PRINCIPAL FINANCIAL SERVICES,

      Defendants.
_____/

## FINAL DEFAULT JUDGMENT

THIS MATTER is before me upon Plaintiff U.S. Commodity Futures Trading Commission's ("CFTC") Motion for Final Default Judgment (ECF No. 30). Having reviewed the motion and being otherwise fully advised in the premises, I hereby **ORDER and ADJUDGE** that Plaintiff's Motion for Entry of Final Default Judgment is **GRANTED** as follows:

1. a permanent injunction restraining Defendants and any of their agents, servants, employees, assigns, attorneys, and persons in active concert or participation with them from engaging in any activity enumerated in Part V.A. of the accompanying Order for Entry of Default Judgment, Permanent Injunction, Civil Monetary Penalty, and Ancillary Equitable Relief;

2. Defendants to pay, jointly and severally, restitution in the amount of **$483,725.88**, plus post-judgment interest. Post-judgment interest on the Defendants' restitution obligation shall accrue beginning on the date of entry of this Order and shall be determined by using the Treasury Bill rate prevailing on the date of entry of this Order pursuant to 28 U.S.C. § 1961 (2006);

3. Defendants to pay, jointly and severally, a civil monetary penalty in the amount of **$2,100,000**, plus post-judgment interest. Post-judgment interest on this civil monetary penalty shall accrue beginning on the date of entry of this Order and shall be calculated using the Treasury Bill rate prevailing on the date of this Order pursuant to 28 U.S.C. § 1961 (2006); and

4. Parties to fully comply with the accompanying Order for Entry of Default Judgment, Permanent Injunction, Civil Monetary Penalty, and Ancillary Equitable Relief;

5. all pending motions, if any, are **DENIED as moot**; and

6. the Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in chambers, at Miami, Florida, this 26th day of June 2011.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*

Abraham Gutterman
205 N. 9th Street, Apartment 2A
Brooklyn, New York 11211

Alliance Capital Metals, LLC
2221 N.E. 164th Street
North Miami Beach, Florida 33160

AR Goldman Wealth Management, LLC d/b/a U.S. Principal Financial Services
Spiegel & Utrera, P.A., Registered Agent
1840 S.W. 22nd Street, 4th Floor
Miami, Florida 33145